UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ONEIDA LTD., | ) | Case No. 06-10489 (ALG) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| ONEIDA LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 06-01920 (ALG) |
| v. | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

The Pension Benefit Guaranty Corporation ("PBGC"), a wholly owned United States government corporation, appeals under 28 U.S.C. § 158(a)(1) from the Amended Order on Motions for Summary Judgment ("Order"), entered by the Bankruptcy Court in the above-referenced adversary proceeding on March 21, 2008.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

**ONEIDA LTD.**
William J.F. Roll III, Esq.
Douglas P. Bartner, Esq.
Lynette C. Kelly, Esq.
Michael H. Torkin, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-7179 (telephone)

**PENSION BENEFIT GUARANTY CORPORATION**
Israel Goldowitz, Esq.
Karen L. Morris, Esq.
James L. Eggeman, Esq.
Paula J. Connelly, Esq.
Lawrence F. Landgraff, Esq.
Erika E. Barnes, Esq.
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D,C 20005
(202) 326-4020, ext. 6833 (telephone)

Greg R. Yates, Esq.
Charles G. Cole, Esq.
STEPTOE & JOHNSON, LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
(212) 506-3900 (telephone)

Date: March 28, 2008          /s/ James L. Eggeman
      Washington, D.C.          ISRAEL GOLDOWITZ
                                                 Chief Counsel

GREG R. YATES (GY-7180)          KAREN L. MORRIS
CHARLES G. COLE          Deputy Chief Counsel
STEPTOE & JOHNSON LLP          JAMES L. EGGEMAN (JE 0915)
750 Seventh Avenue, Suite 1900          PAULA J. CONNELLY
New York, NY 10019          Associate Chief Counsels
(212) 506-3900 (telephone)          LAWRENCE F. LANDGRAFF (LL 8229)
(202) 506-5960 (facsimile)          ERIKA E. BARNES (EB 7351)
                                                 Attorneys

                                                 PENSION BENEFIT GUARANTY
                                                 CORPORATION
                                                 Office of the Chief Counsel
                                                 1200 K Street, N.W.
                                                 Washington, D.C. 20005-4026
                                                 (202) 326-4020, ext. 6833 (telephone)
                                                 (202) 326-4112 (facsimile)
                                                 Email: eggeman.james@pbgc.gov and
                                                 efile@pbgc.gov