UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| ONEIDA LTD., | Case No. 06-10489 (ALG) |
|         Reorganized Debtor. |  |
| ONEIDA LTD., |  |
|         Plaintiff, |  |
| v. | Adv. Proc. No. 06-01920 (ALG) |
| PENSION BENEFIT GUARANTY CORPORATION, |  |
|         Defendant. |  |

**PBGC'S STATEMENT OF ISSUE ON APPEAL
AND DESIGNATION OF RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Pension Benefit Guaranty Corporation ("PBGC"), by and through its counsel, hereby submits its Statement of Issue on Appeal and Designation of Record for Appeal in connection with its Notice of Appeal filed March 28, 2008 (Docket No. 45) in the above-captioned adversary proceeding.

**STATEMENT OF ISSUES ON APPEAL**

The following issue is on appeal:

1. Whether the Bankruptcy Court erred in holding that the termination premiums under 29 U.S.C. section 1306(a)(7) were "claims" (as defined in section 101(5) of the Bankruptcy Code) against Debtors' chapter 11 bankruptcy estates that arose pre-petition and thus were discharged pursuant to section 1141(d) of the Bankruptcy Code and the Plan of Reorganization.

1

## DESIGNATION OF THE RECORD ON APPEAL

The following items are to be included in the record on appeal.[1] Unless otherwise specified, docket numbers refer to items filed in *Oneida Ltd. v. Pension Benefit Guaranty Corp. (In re Oneida Ltd.)*, Adversary Case No. 06-01920, Bankr. S.D.N.Y.

| RECORD NUMBER | FILING DATE | DOCKET NUMBER | DOCKET TEXT |
|---|---|---|---|
| 1 | 11/15/2006 | 1 | Adversary case 06-01920. Complaint against Pension Benefit Guaranty Corporation |
| 2 | 12/20/2006 | 4 | Motion to Withdraw the Reference Under 28 U.S.C. Section 157(d) |
| 3 | 12/20/2006 | 5 | Memorandum of Law in Support of PBGC's Motion to Withdraw the Reference (Attachments: #1 Exhibits 1-4, #2 Exhibits 5-7) |
| 4 | 7/20/2007 | 13 | Opinion of U.S. District Court Judge Miriam Goldman Cedarbaum signed on 7/18/2007, denying the motion to withdraw the reference |
| 5 | 7/30/2007 | 14 | Answer to Complaint (Attachments: #1 Certificate of Service) |
| 6 | 10/05/2007 | 17 | Motion for Summary Judgment (Attachments: #1 PBGC's Statement of Material Facts as to Which There is no Genuine Issue #2 Notice of PBGC's Motion for Summary Judgment) |
| 7 | 10/05/2007 | 18 | Memorandum of Law in Support of PBGC's Motion for Summary Judgment (Attachments: #1 Exhibit 29 U.S.C. 1306(a)(7) #2 Exhibit 2 - Pension Settlement Agreement dated May 3, 2006 #3 Exhibit 3 - Revised Projections Related to the Reorganized Debtors #4 Exhibit 4 - Transcript of Confirmation Hearing #5 Exhibit 5 - Debtors' First Amendment Joint Renegotiated Plan of Reorganization #6 Exhibit 6 - Stipulation) |
| 8 | 10/05/2007 | 19 | Declaration of Barry T. Greenhill (Attachments: #1 Attachment A - Agreement for Termination of Pension Plan) |

---

[1] Pleadings include all attachments and exhibits.

| | | | |
|---|---|---|---|
| 9 | 10/05/2007 | 21 | Motion for Summary Judgment / Plaintiff Oneida Ltd.'s Notice of Motion and Motion for Summary Judgment |
| 10 | 10/05/2007 | 22 | Statement of Undisputed Facts of Plaintiff Oneida Ltd. Pursuant to Local Bankruptcy Rule 7056-1 in Support of the Motion for Summary Judgment |
| 11 | 10/05/2007 | 23 | Memorandum of Law in Support of Plaintiff Oneida Ltd.'s Motion for Summary Judgment |
| 12 | 10/05/2007 | 24 | Declaration of Catherine H. Suttmeier in Support of Plaintiff Oneida Ltd.'s Motion for Summary Judgment |
| 13 | 10/05/2007 | 25 | Declaration of Michael H. Torkin in Support of Plaintiff Oneida Ltd.'s Motion for Summary Judgment (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, # 8 Exhibit H, #9 Exhibit I, #10 Exhibit J, #11 Exhibit K, #12 Exhibit L) |
| 14 | 10/26/2007 | 28 | Opposition / PBGC's Opposition to Oneida's Motion for Summary Judgment (Attachments: #1 Exhibit 1 - Declaration of Sheila Yoensky, #2 Certificate of Service) |
| 15 | 10/26/2007 | 29 | Response to Motion / PBGC's Response to Oneida's Statement of Undisputed Facts |
| 16 | 10/26/2007 | 30 | Declaration of Lawrence F. Landgraff in Support of PBGC's Objection to Oneida's Motion for Summary Judgment (Attachments: #1 Exhibit 1 - Claims Chart) |
| 17 | 10/26/2007 | 31 | Memorandum of Law in Opposition to Defendant Pension Benefit Guaranty Corporation's Motion for Summary Judgment |
| 18 | 10/26/2007 | 32 | Counterstatement of Undisputed Facts Pursuant to Local Bankruptcy Rule 7056-1 in Opposition to Defendant Pension Benefit Guaranty Corporation's Motion for Summary Judgment |
| 19 | 10/26/2007 | 33 | Declaration of Andrew G. Church in Support of Plaintiff Oneida Ltd.'s Motion for Summary Judgment and in Opposition to Defendant Pension Benefit Guaranty Corporation's Motion |

| | | | |
|---|---|---|---|
| | | | for Summary Judgment |
| 20 | 11/09/2007 | 35 | Reply to Motion / PBGC's Reply Memorandum in Support of its Motion for Summary Judgment (Attachments: #1 Certificate of Service) |
| 21 | 11/09/2007 | 36 | Memorandum of Law in Support of Plaintiff Oneida Ltd. Motion for Summary Judgment |
| 22 | 2/27/2008 | 38 | Memorandum of Opinion Signed on 2/27/2008 Regarding: ERISA Termination Premiums |
| 23 | 3/11/2008 | 39 | Notice of Settlement of an Order.  Settlement Date: March 19, 2008 (Attachments: #1 Exhibit A - Proposed Order) |
| 24 | 3/18/2008 | 41 | Letter from Michael H. Torkin, Esq. Addressed to the Honorable Allan L. Gropper Regarding the Proposed Order on Motions for Summary Judgment (Attachments: #1 Exhibit A, #2 Exhibit B) |
| 25 | 3/20/2008 | 43 | Order Signed on 3/20/2008 Denying Motion for Summary Judgment Filed by Defendant Pension Benefit Guaranty Corporation, and Granting Motion for Summary Judgment Filed by Plaintiff Oneida Ltd. |
| 26 | 3/21/2008 | 44 | Amended Order Signed on 3/21/2008 on Motions for Summary Judgment |
| 27 | 3/28/2008 | 45 | Notice of Appeal |
| 28 | 3/19/2006 | 1 | Voluntary Petition (Chapter 11) |
| | | *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | |
| 29 | 3/19/2006 | 22 | Motion to Approve /Motion of Debtors for Order Pursuant to 29 U.S.C. Sec 1341(c)(2)(B)(ii) (I) Determining that Debtors Satisfy Financial Requirements for Distress Termination of Defined Benefit Pension Plans and (II) Approving Termination of Such Pension Plans (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Proposed Order) |
| | | *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | |
| 30 | 04/24/2006 | 167 | Response to Motion / Response of the Pension Benefit Guaranty Corporation to Debtors' |

| | | | |
|---|---|---|---|
| | | *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Motion for Order Pursuant to 29 U.S.C. Section 1341(c)(2)(B)(ii) Determining That Debtors Satisfy Financial Requirements for Distress Termination of Pension Plans and Approving Termination of Plans |
| 31 | 4/27/2006 | 179 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Notice of Withdrawal of the Buffalo China Pension Plans from the Motion of Debtors Pursuant to 29 U.S.C. Sec 1341(c)(2)(b)(ii) (I) Determining That Debtors Satisfy Financial Requirements for Distress Termination of Defined Benefit Pension Plans and (II) Approving Termination of Such Pension Plans |
| 32 | 5/2/2006 | 207 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Order Signed on 5/2/2006 Determining that Debtors Satisfy Financial Requirements for Distress Termination of Defined Benefit Pension Plans and Approving Termination of Such Pension Plans |
| 33 | 5/4/2006 | 211 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Motion to Authorize / Motion of Debtors for Order Pursuant to 11 U.S.C. Sec 363(b) and Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing the Debtors to Enter Into and Perform Under a Settlement Agreement with the Creditors Committee and The Pension Benefit Guaranty Corporation (Attachments: #1 Proposed Order, #2 Exhibit A, #3 Notice of Hearing) |
| 34 | 5/22/2006 | 245 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Amended Disclosure Statement / Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Debtors' Joint Prenegotiated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Attachments: #1 Exhibit A – Plan, #2 Exhibit B – PSA, #3 Exhibit C - Organizational Chart, #4 Exhibit D - Historical Financial Statements, #5 Exhibit E - Projected Consolidated Balance Sheet, #6 Exhibit F – Projections, #7 Exhibit G - Liquidation Analysis, #8 Exhibit H - Exit Facility Commitment, as Amended, #9 Exhibit I - Pension Settlement Agreement) |
| 35 | 7/7/2006 | 329 | First Amended Plan / Debtors' First Amended |

| | | | |
|---|---|---|---|
| | | *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Joint Prenegotiated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Attachments: # 1 Redline of First Amended Plan) |
| 36 | 8/30/2006 | 386 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Memorandum of Opinion on Plan Confirmation Signed on 8/30/2006 |
| 37 | 8/30/2006 | 387 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | Written Opinion signed on 8/30/2006 Re: Findings of Fact, Conclusions of Law and Order Pursuant to 11 U.S.C. Sec. 1129(a) and Rule 3020 of the FRBP Confirming the Debtors First Amended Joint Prenegotiated Plan |
| 38 | 10/26/2006 | 443 *In re Oneida Ltd.*, Case No. 06-10489, Bankr. S.D.N.Y. | So Ordered Stipulation By and Between Reorganized Oneida Ltd. and the Pension Benefit Guaranty Corporation Signed on 10/26/2006 |
| 39 | 2/02/2007 | 14 *Oneida Ltd. v. Pension Benefit Guaranty Corp.*, Case No. 06-15323, S.D.N.Y. | Reply Memorandum of Law in Support re: Motion to Withdraw the Bankruptcy Reference. Bankruptcy Court Case Numbers: 06-1920A (ALG), 06-B-10489 (ALG). (Attachments: #1 Certificate of Service) |
| 40 | 4/3/2007 | 21 *Oneida Ltd. v. Pension Benefit Guaranty Corp.*, Case No. 06-15323, S.D.N.Y. | Supplemental Memorandum of Law in Support re: Motion to Withdraw the Bankruptcy Reference. Bankruptcy Court Case Numbers: 06-1920A (ALG) 06-B-10489 (ALG). (Attachments: #1 Certificate of Service, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Exhibit 12, #14 Exhibit 13, #15 Exhibit 14, #16 Exhibit 15, #17 Exhibit 16, #18 Exhibit 17, #19 Exhibit 18, #20 Exhibit 19, #21 |

|   |   |   |   |
|---|---|---|---|
|   |   |   | Exhibit 20, #22 Exhibit 21, #23 Exhibit 22, #24 Exhibit 23, #25 Exhibit 24, #26 Exhibit 25, #27 Exhibit 26, #28 Exhibit 27, #29 Exhibit 28, #30 Exhibit 29, #31 Exhibit 30, #32 Exhibit 31, #33 Exhibit 32, #34 Exhibit 33, #35 Exhibit 34, #36 Exhibit 35) |
| 41 | 7/20/2007 | 22<br><br>*Oneida Ltd. v. Pension Benefit Guaranty Corp.*, Case No. 06-15323, S.D.N.Y. | Opinion #94951 Denying re: 1 Motion to Withdraw the Bankruptcy Reference. Bankruptcy Court Case Numbers: 06-1920A (ALG) 06-B-10489 (ALG). filed by Pension Benefit Guaranty Corporation |
| 42 | 7/20/2007 | 23<br><br>*Oneida Ltd. v. Pension Benefit Guaranty Corp.*, Case No. 06-15323, S.D.N.Y. | Clerk's Judgment that for the reasons stated in the Court's Opinion dated July 18, 2007, defendants motion to withdraw the reference is denied. (Attachments: #1 notice of right to appeal) |

Date:  April 7, 2008
     Washington, D.C.

GREG R. YATES
CHARLES G. COLE
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, NY  10019
(212) 506-3900 (telephone)
(202) 506-5960 (facsimile)

/s/  James L. Eggeman
ISRAEL GOLDOWITZ
Chief Counsel
KAREN L. MORRIS
Deputy Chief Counsel
JAMES L. EGGEMAN
PAULA J. CONNELLY
Assistant Chief Counsels
LAWRENCE F. LANDGRAFF
ERIKA E. BARNES
Attorneys

PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026
(202) 326-4020, ext. 6833 (telephone)
(202) 326-4112 (facsimile)
Email: eggeman.james@pbgc.gov and efile@pbgc.gov